AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

FLOYD ABDOUL
a/k/a FLOYD ABDOOL
9950 SW 9TH CT
PEMBROKE PINES, FL 33025

Case Number:

00-6030

CIV - ROULEAS

TO: (Name and Address of Defendant)

    FLOYD ABDOUL
    a/k/a  FLOYD ABDOOL
    9950 SW 9TH CT
    PEMBROKE PINES, FL 33025

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

    Mary F. Dooley
    Assistant United States Attorney
    99 NE 4TH STREET
    3RD FLOOR
    MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

<u>Clarence Maddox</u> CLERK     1/7/00     DATE

(BY) DEPUTY CLERK