# A F F I D A V I T   O F   S E R V I C E

Case No: 00-6030 CIV DIMITROULEAS

**— TO BE SERVED —**

FLOYD ABDOUH A/K/A FLOYD ABDOOL
9950 S.W. 9TH CT.
PEMBROKE PINES, FL 33025

**— COURT —**

IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
VS.
FLOYD ABDOUH

**— WRIT —**

SUMMONS IN A CIVIL ACTION

**— SERVED FOR —**

MARY F. DOOLEY, AUSA

99 N.E. 4th STREET, SUITE 300
MIAMI, FLORIDA 33132

**— INFORMATION —**

Court Date :
Court Time :
Witness Fee $
Doc. Type : Original
Atty File #:

FILED by ____ D.C.
00 MAR -1 AM 9:47
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

I received this process 02/15/00 at [illegible]:43 PM and it was served 02/17/00 at [illegible]:00 PM in BROWARD COUNTY, FLORIDA.

On: FLOYD ABDOUH A/K/A FLOYD ABDOOL
At: 9950 S.W. 9TH CT.
PEMBROKE PINES, FL 33025

SUBSTITUTE SERVICE: (FS 48.031)

By leaving a copy of this writ, the date and hour of service endorsed by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of said household above the age of fifteen years to wit:

CLAUDE KELLAWON
CO-TENANT

and informing such person of their contents.

OTHER RETURNS:




I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(E), 50 U.S.C., and Section 520 Et. Seq.

V. Racek

PROCESS SERVER: VICTOR F. RACEK ()
CAPLAN/MARKOWITZ & KAYE (305) 374-3426
CPS Number: [illegible]

The foregoing instrument was acknowledged before me this 22 day of February, 2000 BY VICTOR F. RACEK, who is personally known to me, or who has produced a D/L as identification and who DID take an oath.

B. Taylor

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / S/N

5

AO 88 (Rev. ) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

Case Number: 00-6030

CIV - DIMITROULEAS

MAGISTRATE JUDGE JOHNSON

v.

FLOYD ABDOUL
a/k/a FLOYD ABDOOL
9950 SW 9TH CT
PEMBROKE PINES, FL 33025

TO: (Name and Address of Defendant)

FLOYD ABDOUL
a/k/a FLOYD ABDOOL
9950 SW 9TH CT
PEMBROKE PINES, FL 33025

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK

1/7/00 DATE

(BY) DEPUTY CLERK

752658