UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6030-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FLOYD ABDOUL
a/k/a FLOYD ABDOOL,

    Defendant,
_____/

## NOTICE OF SUBMISSION OF DEFENDANT'S ANSWER

Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney hereby advises this Court that it is filing the attached as an answer by a *pro se* defendant.

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    Bar No.: 112933
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9376
    Fax No. (305) 530-7195

DATED 3/10/00

January 14, 2000

Floyd Abdool
9950 S.W. 9th Court
Pembroke Pines, FL  33025

To Whom It May Concern,

I, Floyd Abdool, am signing these papers under duress.  I did sign for these loans but they were not and should not have been utilized.  I was supposed to attend college when I applied for the loans but due to the death of my father, was unable to.  Instead, I obtained a full time job and did not attend college.

 I started my college career in 1982 and attended college part-time.  I paid my tuition out of my pocket.  I did not obtain any loans.

Enclosed are my transcripts from college which show the dates I attended.  Please check into this matter further.

Signed,

*Floyd Abdool*
Floyd Abdool

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __10__ day of March, 2000:

Floyd Abdool
9950 SW 9th Court
Pembroke Pines, FL  33025

Mary F. Dooley
Assistant U.S. Attorney