UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6030-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FLOYD ABDOUL,

    Defendant.
_____/

**NIGHT BOX FILED**

MAR 2 0 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## SCHEDULING REPORT

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney hereby submits, pursuant to this Court's Order and Local Rule 16.1, the following Joint Scheduling Report:

1. This is a claim by the United States on behalf of the Department of Education to collect the amount owed on a student granted under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1071, et seq.

2. Plaintiff filed its complaint on January 7, 2000.

3. On January 12, 2000, plaintiff mailed a notice of lawsuit and request for waiver of service of summons to defendant.

4. Defendant signed and returned the waiver with the annotation "This is being signed under duress."



5. On February 15, 2000, plaintiff requested its process server to serve the summons and complaint on defendant. Defendant was served on February 17, 2000.

6. Defendant informed plaintiff that he had not attended the school listed on the promissory notes. In an effort to determine whether defendant was entitled to have the debt discharged by the Department of Education, plaintiff sent defendant the appropriate form.

7. Defendant returned the form unexecuted.

8. On March 10, 2000, plaintiff returned the form to defendant and mailed defendant a copy of this Court's scheduling order and requested defendant to contact the U.S. Attorney's office to assist in the preparation of the scheduling report. Defendant has not contacted the plaintiff. Plaintiff has attempted to reach defendant by telephone and was unsuccessful.

9. On March 10, 2000, plaintiff filed defendant's written response as a pro se answer.

10. Plaintiff proposes the following scheduling order:

(a) Plaintiff believes that no right to a jury trial exists.

(b)   Plaintiff's version of the facts:

Defendant signed three promissory notes as follows:

| AMOUNT | LENDER |
|---|---|
| $2,000.00 | New England Merchant National Bank |
| $2,000.00 | Peoples Saving Bank |

The loans were obtained to attend the Art Institute of Boston, were guaranteed by American Student Assistance, and were reinsured by the United States Department of Education.

On or about March 25, 1993, the guaranty agency assigned the debt to the Department of Education.  As of January 5, 2000, the amount due on this debt is $8,208.45, $4,120.37 principal and $4,088.08 interest.

(c)   Plaintiff consents to referral to a Magistrate Judge for trial.

(d)   Local Rule 16.1 requirement as follows:

(i)   Plaintiff shall disclose all relevant documents and any other reasonably available evidence by July 5, 2000. Plaintiff shall also provide a preliminary list of witnesses who have knowledge of the facts supporting the material allegations of the pleadings by July 15, 2000.

(ii)  This case is exempt from mediation pursuant to Local Rule 16.2 C 18.

    (iii) No additional parties will be added to the action.

 (e) The following time limits are proposed:

   (i) All amendments to pleadings and joinder of parties shall occur by July 1, 2000.

   (ii) All substantive motions shall be filed by July 31, 2000.

   (iii) Discovery shall be completed by August 15, 2000.

 (f) Plaintiff believes this case should be resolved by motion for summary judgment which will frame the issues and eliminate frivolous defenses, if any.

 (g) Plaintiff is uncertain whether any amendments will be necessary.

 (h) See (e) above.

 (i) See (e) above.

 (j) Plaintiff is not presently aware of any issues that should be referred to a Magistrate or Special Master.

 (k) At the present time, plaintiff believes that trial will require no more than 1 day.

  (l) Plaintiff requests trial on or after September 5, 2000 and a pre-trial conference on or about August 31, 2000.

  (m) No other matters need be considered by the Court.

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

By: _____
        MARY F. DOOLEY
        Assistant U.S. Attorney
        Bar No. 112933
        U.S. Attorney's Office
        99 N.E. 4th Street - Suite 300
        Miami, Florida  33132-2131
        Tel. No.  (305) 961-9311
        Fax No.  (305) 530-7195
        E-mail Address;
        mary.dooley@justice.usdoj.gov

        ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing were mailed, postage paid, this 20 Day of March 2000 to:

Floyd Abdool
9950 SW 9th Court
Pembroke Pines, FL 33025

Mary F. Dooley
Assistant U.S. Attorney